B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Eastern District Of Tennessee

In re Craig Dean Kennedy and                     Case No. 12-33729-RSJ
    Laura Michelle Kennedy,

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Ocwen Loan Servicing, LLC<br>Name of Transferee | OneWest Bank, FSB<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 | Court Claim # (if known): 15-1<br>Amount of Claim: $55,859.44<br>Date Claim Filed: 10/22/2012 |
| Phone: <u>1-855-689-7367</u> | Phone: <u>1-800-781-7399</u> |
| Last Four Digits of Acct #: <u>6431</u> | Last Four Digits of Acct. #: <u>2249</u> |
| Name and Address where transferee payments should be sent (if different from above):<br>Ocwen Loan Servicing, LLC<br>ATTN: CASHIERING DEPARTMENT<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 | |
| Phone: <u>1-800-746-2936</u> | |
| Last Four Digits of Acct #: <u>6431</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u> /s/ Brent Heilig  </u>                     Date: <u>August 12, 2014</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

B 210A (FORM 210A) (12/09)

B 210A (FORM 210A) (12/09)

### Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:     August 12, 2014

Craig Dean Kennedy
600 Meadow View Lane
Madisonville, TN 37354
Debtor

Laura Michelle Kennedy
600 Meadow View Lane
Madisonville, TN 37354
Joint Debtor

Cynthia T Lawson
6704 Watermour Way
Knoxville, TN 37912
cynthialawson@bbllawgroup.com
Attorney for Debtors

Gwendolyn M Kerney
P. O. Box 228
Knoxville, TN 37901
ECFKnoxville@trustee13.com
Trustee

U.S. Trustee
United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

    /s/  Brent Heilig
Brent Heilig
Bar No:23681
Morris|Hardwick|Schneider, LLC
200 Jefferson Avenue
Suite 1350
Memphis, TN 38103
Ph:    901-432-0740 x12470
Fax:   404-961-1185
bheilig@closingsource.net
Attorney for Secured Creditor